IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCASFILM LTD. LLC, ET AL., <br><br>Plaintiffs, <br><br>v. <br><br>REN VENTURES LTD., et al., <br><br>Defendants. | Case No. 17-cv-07249-MMC <br><br>**ORDER OF RECUSAL** |

I, the undersigned Judge of the Court, finding myself disqualified in the above-titled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of the Assignment Plan.

All pending dates of motions, pretrial conferences, and trial are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED.**

Dated: January 17, 2018

MAXINE M. CHESNEY
United States District Judge