Cynthia S. Arato (State Bar No. 156856)
Fabien M. Thayamballi (State Bar No. 284752)
SHAPIRO ARATO LLP
500 Fifth Avenue, 40th Floor
New York, New York 10110
Tel.: (212) 257-4880
Fax.: (212) 202-6417
carato@shapiroarato.com

Counsel for Plaintiffs Lucasfilm Ltd. LLC
and Lucasfilm Entertainment Company Ltd. LLC


Michael Zachary (State Bar No. 112479)
ANDREWS KURTH KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, California 94304
Tel.: (650) 384-4700
Fax.: (650) 384-4701
mzachary@andrewskurthkenyon.com

James E. Rosini (admitted *pro hac vice*)
Jonathan W. Thomas (to apply *pro hac vice*)
ANDREWS KURTH KENYON LLP
One Broadway
New York, New York 10004
Tel.: (212) 908-6169
Fax.: (212) 425-5288
jrosini@andrewskurthkenyon.com

Counsel for Defendants Ren Ventures Ltd.
and Sabacc Creative Industries Ltd.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Lucasfilm Ltd. LLC and Lucasfilm Entertainment Company Ltd. LLC,<br><br>    *Plaintiffs*,<br><br> v.<br><br>Ren Ventures Ltd. and Sabacc Creative Industries Ltd.,<br><br>    *Defendants*. | Case No.  3:17-cv-07249-RS<br><br>**STIPULATION** |

STIPULATION                                  Case No.  3:17-cv-07249-RS

WHEREAS, by Clerk's Notice dated January 18, 2018 (Dkt. No. 20), the parties are currently scheduled to appear before this Court on March 29, 2018, at 10:00 a.m. for an Initial Case Management Conference;

WHEREAS, on February 15, 2018, Defendants Ren Ventures Ltd. and Sabacc Creative Industries Ltd. ("Defendants") filed a partial motion to dismiss (Dkt. No. 22);

WHEREAS, by Order dated February 15, 2018 (Dkt. No. 23), such motion is currently scheduled to be heard on April 5, 2018 at 1:30 p.m.;

WHEREAS, under the default briefing schedule set by Local Rule 7-3, the opposition of Plaintiffs Lucasfilm Ltd. LLC and Lucasfilm Entertainment Company Ltd. LLC ("Plaintiffs") to Defendants' partial motion to dismiss is due on or before March 1, 2018 and Defendants' reply is due on or before March 8, 2018;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for Plaintiffs and Defendants, that:

1. Pursuant to Local Rules 6-1 and 6-2, the deadline for Plaintiffs to file their opposition to Defendants' partial motion to dismiss is extended from March 1, 2018 to March 9, 2018.

2. The deadline for Defendants to file their reply in support of their partial motion to dismiss is extended from March 8, 2018 to March 22, 2018, two weeks prior to the scheduled April 5, 2018 hearing on that motion.

3. The Initial Case Management Conference currently scheduled for March 29, 2018 at 10:00 a.m. shall be continued to April 5, 2018, to be held at the same time as the hearing on Defendants' partial motion to dismiss, either 10:00 a.m. or 1:30 p.m. whichever the Court prefers.

| | |
|---|---|
| Dated: New York, New York<br>      February 23, 2018 | Dated: Palo Alto, California<br>      February 23, 2018 |
| SHAPIRO ARATO LLP | ANDREWS KURTH KENYON LLP |
| By: /s/ Cynthia S. Arato<br>     Cynthia S. Arato<br>     (State Bar No. 156856)<br>     Fabien M. Thayamballi<br>     (State Bar No. 284752) | By: /s/ James E. Rosini |
| | Michael Zachary<br>(State Bar No. 112479)<br>1801 Page Mill Road, Suite 210<br>Palo Alto, CA 94304<br>Tel:  (650) 384-4700<br>Fax:  (650) 384-4701<br>mzachary@andrewskurthkenyon.com |
| 500 Fifth Avenue, 40th Floor<br>New York, NY 10110<br>Tel:  (212) 257-4880<br>Fax:  (212) 202-6417<br>carato@shapiroarato.com | James E. Rosini (admitted *pro hac vice*)<br>Jonathan W. Thomas (to apply *pro hac vice*)<br>One Broadway<br>New York, New York 10004<br>Tel.: (212) 908-6169<br>Fax.: (212) 425-5288<br>jrosini@andrewskurthkenyon.com |
| *Counsel for Plaintiffs Lucasfilm Ltd. LLC and Lucasfilm Entertainment Company Ltd. LLC* | *Counsel for Defendants Ren Ventures Ltd. and Sabacc Creative Industries Ltd.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED, AND THE INITIAL CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANTS' PARTIAL MOTION TO DISMISS SHALL BE HELD ON APRIL 5, 2018 AT [10:00 A.M.] [1:30 P.M.]**

Dated:

_____
Hon. Richard Seeborg
United States District Judge

**ATTESTATION OF E-FILED SIGNATURE**

**Pursuant to Local Rule 5-1(i)(3), I, Cynthia S. Arato, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 23, 2018                    By: /s/ Cynthia S. Arato