Cynthia S. Arato (State Bar No. 156856)
Fabien M. Thayamballi (State Bar No. 284752)
SHAPIRO ARATO LLP
500 Fifth Avenue, 40th Floor
New York, New York 10110
Tel.: (212) 257-4880
Fax.: (212) 202-6417
carato@shapiroarato.com

Counsel for Plaintiffs Lucasfilm Ltd. LLC
and Lucasfilm Entertainment Company Ltd. LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Lucasfilm Ltd. LLC and Lucasfilm Entertainment Company Ltd. LLC,<br><br>                        *Plaintiffs*,<br>v.<br><br>Ren Ventures Ltd. and Sabacc Creative Industries Ltd.,<br><br>                        *Defendants*. | Case No.  3:17-cv-07249-RS<br><br>**DECLARATION OF GARY LIM** |

DECLARATION OF GARY LIM                                  Case No.  3:17-cv-07249-RS

I, Gary Lim, declare as follows:

1. I am a senior manager in the copyright administration group at The Walt Disney Company ("TWDC"). The facts contained herein are based on my personal knowledge, my review of the company's books and records, or information accessible to me in my capacity as a senior manager in the copyright administration group.

2. My responsibilities include overseeing the submission of applications for copyright registration and other documentation to the U.S. Copyright Office on behalf of entities affiliated with TWDC, including plaintiff Lucasfilm Ltd. LLC. I have had these responsibilities at TWDC for over seventeen years.

3. Attached as Exhibit A is a set of DVDs containing the motion picture *Star Wars Episode V: The Empire Strikes Back* ("*Episode V*"). DVDs of *Episode V* containing the motion picture, along with bonus and other materials, were submitted to the U.S. Copyright Office under copyright registration PA 1-337-266. As reflected on this registration, the motion picture was previously registered with the U.S. Copyright Office as PA 72-282.

4. Attached as Exhibit B is a set of DVDs containing the motion picture *Star Wars Episode VI: Return of the Jedi* ("*Episode VI*"). *Episode VI* was submitted to the U.S. Copyright Office and registered under copyright registration PA 172-810.

5. Attached as Exhibit C is a set of Blu-ray discs containing the January 19, 2015 episode "Idiot's Array" from the television series *Star Wars Rebels* ("*Idiot's Array*"). *Idiot's Array* was submitted to the U.S. Copyright Office and registered under copyright registration PA 2-011-445.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of May, 2018, at Burbank, California.

Gary Lim