UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REN VENTURES LTD., et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>LUCASFILM LTD. LLC, et al.,<br><br>    Defendants. | Case No: C 18-02417 SBA<br><br>**ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), the instant action is hereby referred to the Honorable Richard Seeborg for the purpose of considering whether it is related to:

<u>Lucasfilm Ltd. LLC v. Ren Ventures Ltd.</u>, 17-cv-07249-RS.

IT IS SO ORDERED.

Dated: 5/30/2018

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge