1  Cynthia S. Arato (State Bar No. 156856)
   Fabien M. Thayamballi (State Bar No. 284752)
2  SHAPIRO ARATO LLP
   500 Fifth Avenue, 40th Floor
3  New York, New York 10110
   Tel.: (212) 257-4880
4  Fax.: (212) 202-6417
   carato@shapiroarato.com
5
   Counsel for Plaintiffs/Counter-Defendants Lucasfilm Ltd. LLC
6  and Lucasfilm Entertainment Company Ltd. LLC

7  Shannon S. Broome (State Bar No. 150119)
   HUNTON ANDREWS KURTH LLP
8  50 California Street, Suite 1700
   San Francisco, California 94111
9  Tel.: (415) 975-3700
   Fax.: (415) 975-3701
10 SBroome@HuntonAK.com

11 James E. Rosini (*pro hac vice*)
   Jonathan W. Thomas (*pro hac vice*)
12 HUNTON ANDREWS KURTH LLP
   One Broadway
13 New York, New York 10004
   Tel.: (212) 908-6169
14 Fax.: (212) 425-5288
   JRosini@HuntonAK.com
15 JThomas@HuntonAK.com

16 Counsel for Defendants/Counter-Plaintiffs Ren Ventures Ltd.
   and Sabacc Creative Industries Ltd.
17

18                    **UNITED STATES DISTRICT COURT**

19                    **NORTHERN DISTRICT OF CALIFORNIA**

20                         **SAN FRANCISCO DIVISION**

21 | Lucasfilm Ltd. LLC and Lucasfilm Entertainment Company Ltd. LLC, | |
22 | | Case No. 3:17-cv-07249-RS |
23 | *Plaintiffs/Counter-Defendants*, v. | ORDER **STIPULATION** AS MODIFIED BY THE COURT |
24 | Ren Ventures Ltd. and Sabacc Creative Industries Ltd., | |
25 | | |
26 | *Defendants/Counter-Plaintiffs*. | |

27
28

STIPULATION                                                Case No. 3:17-cv-07249-RS

WHEREAS this is an action between Plaintiffs/Counter-Defendants Lucasfilm Ltd. LLC and Lucasfilm Entertainment Ltd. LLC (collectively, "Lucasfilm") and Defendants/Counter-Plaintiffs Ren Ventures Ltd. and Sabacc Creative Industries Ltd. (collectively, "Defendants");

WHEREAS this action was filed less than six months ago, on December 21, 2017;

WHEREAS the parties have been diligently working to complete discovery and the speedy resolution of their claims;

WHEREAS for the following reasons, the parties respectfully request that this Court grant the eight-week extension of discovery and other deadlines as set forth below;

WHEREAS even with the requested extension, the parties will conclude discovery within six months of the initial case management conference;

WHEREAS this is the parties' first request for an extension of time regarding these discovery and other case deadlines;

WHEREAS Defendants recently filed counterclaims requiring additional discovery;

WHEREAS at the recent deposition of Defendants' principal and corporate representative on May 24 and 25, 2018, counsel for Defendants agreed to search for and produce additional documents identified at the deposition, a number of which Lucasfilm anticipates will be needed for expert discovery;

WHEREAS Lucasfilm anticipates it also may need some additional third party discovery depending on Defendants' supplemental document production;

WHEREAS the depositions of Defendants' principal and corporate representative remain open, and Lucasfilm anticipates needing to obtain additional deposition testimony;

WHEREAS Defendants recently served Lucasfilm with corporate deposition notices, and the parties believe due to scheduling conflicts it will be difficult to complete those depositions within the existing close of fact discovery;

WHEREAS Defendants' counsel responsible for attending the hearing and defending Lucasfilm's partial motion for summary judgment on its copyright claim has professional obligations that prevent him from attending the June 21, 2018 hearing;

STIPULATION - 1 - CASE NO. 3:17-CV-07249-RS

WHEREAS this is the parties' first request for an extension of time regarding Lucasfilm's partial motion for summary judgment;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that:

1. The schedule for this action be amended as follows:

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| Complete non-expert discovery | June 29, 2018 | August 24, 2018 |
| Designate experts | July 18, 2018 | September 12, 2018 |
| Designate supplemental and rebuttal experts | August 1, 2018 | September 26, 2018 |
| Complete expert discovery | August 15, 2018 | October 10, 2018 |
| All dispositive pretrial motions heard | November 15, 2018 | January 10, 2019 |
| Jury trial | April 1, 2019 at 9:00 a.m. | May ~~27~~ 28, 2019 at 9:00 a.m. |

2. The hearing on Lucasfilm's motion for summary judgment currently scheduled for June 21, 2018 at 1:30 p.m. (Dkt. 62) be continued to June 28, 2018 at ~~1:30~~ 2:30 PM p.m.

3. The Final Pretrial Conference currently scheduled for March 13, 2019 at 10:00 a.m. (Dkt. 40) be continued to May 8, 2019 at 10:00 a.m. or a date and time to be set by this Court.

| | |
|---|---|
| Dated: New York, New York<br>June 6, 2018 | Dated: New York, New York<br>June 6, 2018 |
| SHAPIRO ARATO LLP | HUNTON ANDREWS KURTH LLP |
| By: /s/ Cynthia S. Arato<br>    Cynthia S. Arato<br>    (State Bar No. 156856)<br>    Fabien M. Thayamballi<br>    (State Bar No. 284752)<br><br>500 Fifth Avenue, 40th Floor<br>New York, NY 10110<br>Tel:  (212) 257-4880<br>Fax:  (212) 202-6417<br>carato@shapiroarato.com<br>fthayamballi@shapiroarato.com<br><br>*Counsel for Plaintiffs/Counter-Defendants Lucasfilm Ltd. LLC and Lucasfilm Entertainment Company Ltd. LLC* | By: /s/ Jonathan W. Thomas<br><br>Shannon S. Broome (State Bar No. 150119)<br>HUNTON ANDREWS KURTH LLP<br>50 California Street, Suite 1700<br>San Francisco, California 94111<br>Tel.: (415) 975-3700<br>Fax.: (415) 975-3701<br>SBroome@HuntonAK.com<br><br>James E. Rosini (*pro hac vice*)<br>Jonathan W. Thomas (*pro hac vice*)<br>One Broadway<br>New York, New York 10004<br>Tel.: (212) 908-6169<br>Fax.: (212) 425-5288<br>JRosini@HuntonAK.com<br>JThomas@HuntonAK.com<br><br>*Counsel for Defendants/Counter-Plaintiffs Ren Ventures Ltd. and Sabacc Creative Industries Ltd.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 6/6/18

_____
Hon. Richard Seeborg
United States District Judge

STIPULATION     - 3 -     Case No. 3:17-cv-07249-RS