Cynthia S. Arato (State Bar No. 156856)
Fabien M. Thayambelli (State Bar No. 284752)
SHAPIRO ARATO LLP
500 Fifth Avenue, 40th Floor
New York, New York 10110
Tel.: (212) 257-4880
Fax.: (212) 202-6417
carato@shapiroarato.com

Counsel for Plaintiffs/Counter-Defendants Lucasfilm Ltd. LLC
and Lucasfilm Entertainment Company Ltd. LLC

Shannon S. Broome (State Bar No. 150119)
HUNTON ANDREWS KURTH LLP
50 California Street, Suite 1700
San Francisco, California 94111
Tel.: (415) 975-3700
Fax.: (415) 975-3701
SBroome@HuntonAK.com

James E. Rosini (*pro hac vice*)
Jonathan W. Thomas (*pro hac vice*)
HUNTON ANDREWS KURTH LLP
One Broadway
New York, New York 10004
Tel.: (212) 908-6169
Fax.: (212) 425-5288
JRosini@HuntonAK.com
JThomas@HuntonAK.com

Counsel for Defendants/Counter-Plaintiffs Ren Ventures Ltd.
and Sabacc Creative Industries Ltd.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| Lucasfilm Ltd. LLC and Lucasfilm Entertainment Company Ltd. LLC,<br><br>   *Plaintiffs/Counter-Defendants*,<br><br> v.<br><br>Ren Ventures Ltd. and Sabacc Creative Industries Ltd.,<br><br>   *Defendants/Counter-Plaintiffs*. | Case No.  3:17-cv-07249-RS<br><br>ORDER<br>**STIPULATION** |

WHEREAS this is an action between Plaintiffs/Counter-Defendants Lucasfilm Ltd. LLC and Lucasfilm Entertainment Ltd. LLC and Defendants/Counter-Plaintiffs Ren Ventures Ltd. and Sabacc Creative Industries Ltd.;

WHEREAS this action was filed less than seven months ago, on December 21, 2017;

WHEREAS the parties have been diligently working to complete discovery and the speedy resolution of their claims;

WHEREAS the parties request that the date for non-expert discovery be extended to be coterminous with the end date for expert discovery, to provide additional flexibility in scheduling remaining non-expert depositions and completing fact discovery;

WHEREAS the proposed modification will not delay the action or affect any other dates in the case schedule;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that the deadline to complete non-expert discovery is extended to October 10, 2018, which is the current deadline to complete expert discovery.

1

2

Dated: New York, New York
     July 19, 2018

Dated: New York, New York
     July 19, 2018

3

SHAPIRO ARATO LLP

HUNTON ANDREWS KURTH LLP

4

By: /s/ Cynthia S. Arato

By: /s/ Jonathan W. Thomas

5

6

7

    Cynthia S. Arato
    (State Bar No. 156856)
    Fabien M. Thayamballi
    (State Bar No. 284752)

Shannon S. Broome (State Bar No. 150119)
HUNTON ANDREWS KURTH LLP
50 California Street, Suite 1700
San Francisco, California 94111
Tel.: (415) 975-3700
Fax.: (415) 975-3701
SBroome@HuntonAK.com

8

9

10

11

500 Fifth Avenue, 40th Floor
New York, NY 10110
Tel:  (212) 257-4880
Fax:  (212) 202-6417
carato@shapiroarato.com
fthayamballi@shapiroarato.com

James E. Rosini (*pro hac vice*)
Jonathan W. Thomas (*pro hac vice*)
One Broadway
New York, New York 10004
Tel.: (212) 908-6169
Fax.: (212) 425-5288
JRosini@HuntonAK.com
JThomas@HuntonAK.com

12

13

*Counsel for Plaintiffs/Counter-Defendants
Lucasfilm Ltd. LLC and Lucasfilm
Entertainment Company Ltd. LLC*

14

15

16

*Counsel for Defendants/Counter-Plaintiffs Ren
Ventures Ltd. and Sabacc Creative Industries
Ltd.*

17

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

18

Dated: 7/19/18

19

20

21

Hon. Richard Seeborg
United States District Judge

22

23

24

25

26

27

28