UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCASFILM LTD. LLC, et al.,<br>    Plaintiffs,<br>v.<br>REN VENTURES LTD., et al.,<br>    Defendants. | Case No. 17-cv-07249-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **October 18, 2018**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **October 25, 2018, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: July 25, 2018

_____
Richard Seeborg
United States District Judge