Cynthia S. Arato (State Bar No. 156856)
Fabien M. Thayamballi (State Bar No. 284752)
SHAPIRO ARATO LLP
500 Fifth Avenue, 40th Floor
New York, New York 10110
Tel.: (212) 257-4880
Fax.: (212) 202-6417
carato@shapiroarato.com

Counsel for Lucasfilm Ltd. LLC and
Lucasfilm Entertainment Company Ltd. LLC

Shannon S. Broome (State Bar No. 150119)
HUNTON ANDREWS KURTH LLP
50 California Street, Suite 1700
San Francisco, California 94111
Tel.: (415) 975-3700
Fax.: (415) 975-3701
SBroome@HuntonAK.com

James E. Rosini (*pro hac vice*)
Jonathan W. Thomas (*pro hac vice*)
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, New York 10166
Tel.: (212) 908-6169
Fax.: (212) 425-5288
JRosini@HuntonAK.com
JThomas@HuntonAK.com

Counsel for Ren Ventures Ltd.
and Sabacc Creative Industries Ltd.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Lucasfilm Ltd. LLC and Lucasfilm Entertainment Company Ltd. LLC, | Case No.  3:17-cv-07249-RS |
| *Plaintiffs/Counter-Defendants*, v. | |
| Ren Ventures Ltd. and Sabacc Creative Industries Ltd., | **STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION** |
| *Defendants/Counter-Plaintiffs*. | |

CONSENT JUDGMENT

Case No.  3:17-cv-07249-RS
Case No.  3:18-cv-02417-RS

1

2    Ren Ventures Ltd., and Sabacc Creative
     Industries Ltd.,                                    Case No.  3:18-cv-02417-RS
3
                        *Plaintiffs*,
4
        v.
5    Lucasfilm Ltd. LLC; Lucasfilm Entertainment
     Company Ltd. LLC; Denny's, Inc.; EP & Co.;         **STIPULATED**
6    and Collider.                                      **CONSENT JUDGMENT AND**
                                                        **PERMANENT INJUNCTION**
7                       *Defendants*.

8

9         WHEREAS on December 21, 2017, Lucasfilm Ltd. LLC and Lucasfilm Entertainment

10   Company Ltd. LLC (collectively, "Lucasfilm") initiated the action captioned *Lucasfilm Ltd. LLC*

11   *and Lucasfilm Entertainment Company Ltd. LLC v. Ren Ventures Ltd. and Sabacc Creative*

12   *Industries Ltd.*, Case No. 3:17-cv-07249-RS, in the United States District Court for the Northern

13   District of California against Ren Ventures Ltd. and Sabacc Creative Industries Ltd. (collectively,

14   "Defendants") (all collectively, the "Parties");

15        WHEREAS on May 21, 2018, Defendants filed an Answer and First Amended

16   Counterclaims asserting counterclaims against Lucasfilm;

17        WHEREAS on September 12, 2018, the Parties filed a Stipulation of Dismissal with

18   Prejudice, providing for the dismissal with prejudice of Defendants' counterclaims;

19        WHEREAS on April 23, 2018, Defendants filed a Complaint in the action captioned *Ren*

20   *Ventures Ltd., and Sabacc Creative Industries Ltd. v. Lucasfilm Ltd. LLC; Lucasfilm*

21   *Entertainment Company Ltd. LLC; Denny's Inc.; EP & Co.; and Collider*, Case No. 3:18-cv-

22   02417-RS, in the United States District Court for the Northern District of California;

23        WHEREAS on July 30, 2018, Defendants filed a Notice of Dismissal with Prejudice,

24   providing for the dismissal with prejudice of Case No. 3:18-cv-02417-RS;

25        WHEREAS, on August 7, 2018, Defendant Ren Ventures Ltd. filed with the Trademark

26   Trial and Appeal Board (the "TTAB") a Voluntary Surrender for Cancellation of U.S. Trademark

27   Registration No. 5,025,710 with prejudice, such cancellation also being with prejudice to any

28
     CONSENT JUDGMENT                    - 1 -              Case No.  3:17-cv-07249-RS
                                                           Case No.  3:18-cv-02417-RS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

common-law trademark and/or service-mark rights that Ren Ventures Ltd. may have claimed to possess in the SABACC mark previously covered by such registration;

WHEREAS, on August 14, 2018, the TTAB granted Lucasfilm's Petition to Cancel RV's U.S. Trademark Registration No. 5,025,710; entered judgment against Ren Ventures Ltd; and ordered the Commissioner for Trademarks to cancel U.S. Trademark Registration No. 5,025,710;

WHEREAS the Parties have reached agreement for resolution of Case Nos. 3:17-cv-07249-RS and 3:18-cv-02417-RS (the "Actions"), the full terms and conditions of which are set forth in the document entitled "Confidential Settlement Agreement and Releases," dated as of July 24, 2018 (the "Settlement Agreement"); and

WHEREAS the Parties' Settlement Agreement is conditioned upon entry by the Court of a stipulated consent judgment and permanent injunction and the continuing jurisdiction of the Court on the terms and conditions set forth herein;

THEREFORE, the Parties stipulate and agree that this Court has jurisdiction to enter a stipulated consent judgment and permanent injunction on the following terms and conditions and that the Court shall have continuing jurisdiction for purposes of enforcing this consent judgment and permanent injunction and the Settlement Agreement and request that the Court enter the attached [Proposed] Stipulated Consent Judgment and Permanent Injunction.

IT IS SO STIPULATED.

Dated:      New York, New York
            September 12, 2018

                                        SHAPIRO ARATO LLP

                                        By: /s/ Cynthia S. Arato
                                        Cynthia S. Arato
                                        *Counsel for Lucasfilm*

                                        HUNTON ANDREWS KURTH LLP

                                        By: /s/ *Jonathan W. Thomas*
                                        Jonathan W. Thomas
                                        *Counsel for Defendants*

CONSENT JUDGMENT          - 2 -                    Case No.  3:17-cv-07249-RS
                                                   Case No.  3:18-cv-02417-RS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to a Settlement Agreement dated as of July 24, 2018 (the "Settlement Agreement"), the foregoing stipulation, and for good cause shown, the Court hereby enters the following Stipulated Consent Judgment and Permanent Injunction:

**STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION**

1. For purposes of this Stipulated Consent Judgment and Permanent Injunction, the following definitions shall apply:

a. "Plaintiffs" shall mean Lucasfilm Ltd. LLC and/or Lucasfilm Entertainment Company Ltd. LLC, individually or collectively.

b. "Defendants" shall mean Ren Ventures Ltd., Sabacc Creative Industries Ltd., and Ime Ekong, individually or collectively.

c. "Defendants' Game" shall mean the "Sabacc" game offered by Defendants in any form or media, now known or hereafter devised, including but not limited to as a mobile app, online game, or physical card game.

d. "Defendants' Registration" shall mean U.S. Trademark Registration No. 5025710.

e. "Plaintiffs' *Star Wars* Franchise" means any and all *Star Wars* movies, television programs, books, comic books, and other expressive works, including but not limited to any characters, groups, names, marks, dialogue, objects, locations, and other elements from such *Star Wars* works, whether now in existence or later created.

f. "Lucasfilm Copyrights" shall mean each of those works, or portions thereof, whether now in existence or later created in which any Plaintiff (or parent, subsidiary, or affiliate of any Plaintiff) owns or controls an exclusive right under the United States Copyright Act, 17 U.S.C. §§ 101 et seq.

g. "Lucasfilm Trademarks" shall mean any word, term, name, symbol, or device, whether registered or unregistered in which any Plaintiff (or parent, subsidiary, or affiliate of any Plaintiff) has rights under the common law or the Lanham Act, 15 U.S.C. §§ 1051 et seq., including but not limited to elements contained in Plaintiffs' *Star Wars* Franchise, including but

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

not limited to the following names and the fictional characters, groups, objects, or locations that correspond to those names:  Sabacc, Star Wars, Kylo Ren, Lando Calrissian, Han Solo, Yoda, Chewbacca, C-3PO, Zeb, the Bothans, the Trade Federation, the Viceroy of the Trade Federation, the *Millennium Falcon*, and Cloud City.

    h. "Counterclaims" shall mean the counterclaims Defendants asserted against Lucasfilm in the Answer and First Amended Counterclaims filed on May 21, 2018, in Case No. 3:17-cv-07249-RS.

  2. Defendants, and all of their officers, directors, agents, servants, and employees, and all persons in active concert or participation or in privity with any of them, ARE HEREBY PERMANENTLY RESTRAINED AND ENJOINED from:

    a. Selling, offering, distributing, marketing, or otherwise exploiting Defendants' Game;

    b. Using the word "Sabacc" as or in the name of any company, product, or service, or engaging in any other activity that infringes under the common law or the Lanham Act, 15 U.S.C. §§ 1051 et seq., whether directly or indirectly, Sabacc or any other Lucasfilm Trademark;

    c. Using any element of Plaintiffs' *Star Wars* Franchise in connection with the sale, offering, distribution, marketing, or other exploitation of any services and products of any Defendant, or otherwise engaging in any other activity that infringes, whether directly or indirectly, any Lucasfilm Copyright under Section 106(1)-(5) of the Copyright Act, 17 U.S.C. §§ 101 et seq.;

    d. Making any false statements or representations or engaging in any other activity that suggests that a Defendant or its business is in any way affiliated with or approved, licensed, endorsed, or sponsored by any Plaintiff (or any parent, subsidiary, or affiliate of any Plaintiff);

    e. Applying or re-applying for any trademark registrations for any marks, names, or other identifiers that are confusingly similar to the Lucasfilm Trademarks; and

CONSEND JUDGMENT   - 4 -          Case No.  3:17-cv-07249-RS
                                 Case No.  3:18-cv-02417-RS

f.      Effecting assignments or transfers, forming new entities or associations, or using any other entities or devices for the purpose of circumventing or otherwise avoiding the prohibitions set forth in the subparagraphs above.

3.      The Complaint in *Lucasfilm Ltd. LLC and Lucasfilm Entertainment Company Ltd. LLC v. Ren Ventures Ltd. and Sabacc Creative Industries Ltd.*, Case No. 3:17-cv-07249-RS, is amended to include Ime Ekong as an additional defendant.  Ime Ekong irrevocably consents to the jurisdiction of this Court and fully waives service of process and all challenges to service of process.  All references to "Defendants" in this Stipulated Consent Judgment and Permanent Injunction shall include and refer to Ren Ventures Ltd., Sabacc Creative Industries Ltd., and Ime Ekong, individually and collectively.

4.      The Counterclaims have been DISMISSED with prejudice.

5.      The Complaint in *Ren Ventures Ltd., and Sabacc Creative Industries Ltd. v. Lucasfilm Ltd. LLC; Lucasfilm Entertainment Company Ltd. LLC; Denny's Inc.; EP & Co.; and Collider*, Case No. 3:18-cv-02417-RS, has been DISMISSED with prejudice.

6.      The Trademark Trial and Appeal Board granted Lucasfilm's Petition to Cancel Defendants' Registration by Order dated August 14, 2018.

7.      Defendants shall pay damages to Plaintiffs in the amount of Four Hundred and Seventy Thousand U.S. Dollars ($470,000).

8.      Defendants irrevocably and fully waive notice of entry of the Stipulated Consent Judgment and Permanent Injunction, and notice and service of the entered Stipulated Consent Judgment and Permanent Injunction, and understand and agree that violation of this Stipulated Consent Judgment and Permanent Injunction shall expose Defendants and all other persons bound by this Stipulated Consent Judgment and Permanent Injunction jointly and severally to all applicable penalties provided by law, including for contempt of Court.

9.      Defendants irrevocably and fully waive any and all right to appeal the Stipulated Consent Judgment and Permanent Injunction.

10.     All claims and defenses in the Actions asserted by any of the Parties are hereby

CONSENT JUDGMENT          - 5 -

1

2   resolved by this Stipulated Consent Judgment and Permanent Injunction.

3        11.    This Court shall retain continuing jurisdiction over the Parties and the action for

4   purposes of enforcing this Stipulated Consent Judgment and Permanent Injunction and the

5   Settlement Agreement.

6   **IT IS SO ORDERED.**

7

8   Dated:  9/14/18

9

10  Hon. Richard Seeborg
    United States District Judge

11

12  Submitted jointly by:

13  Dated: New York, New York              Dated: New York, New York
            September 12, 2018                      September 12, 2018

14  SHAPIRO ARATO LLP                      HUNTON ANDREWS KURTH LLP

15  By: /s/ Cynthia S. Arato              By: /s/ *Jonathan W. Thomas*

16      Cynthia S. Arato
        (State Bar No. 156856)             Shannon S. Broome (State Bar No. 150119)
17      Fabien M. Thayamballi              HUNTON ANDREWS KURTH LLP
        (State Bar No. 284752)             50 California Street, Suite 1700
18                                         San Francisco, California 94111
                                           Tel.: (415) 975-3700
19  500 Fifth Avenue, 40th Floor           Fax.: (415) 975-3701
    New York, NY 10110                     SBroome@HuntonAK.com
20  Tel:  (212) 257-4880
    Fax:  (212) 202-6417                   James E. Rosini (*pro hac vice*)
21  carato@shapiroarato.com                Jonathan W. Thomas (*pro hac vice*)
    fthayamballi@shapiroarato.com          200 Park Avenue
22                                         New York, New York 10166
    *Counsel for Lucasfilm Ltd. LLC and*   Tel.: (212) 908-6169
23  *Lucasfilm Entertainment Company Ltd. LLC*  Fax.: (212) 425-5288
                                           JRosini@HuntonAK.com
24                                         JThomas@HuntonAK.com

25
                                           *Counsel for Ren Ventures Ltd.*, *Sabacc Creative*
26                                         *Industries Ltd.*, *and Ime Ekong*

27

28

CONSENT JUDGMENT        - 6 -        Case No.  3:17-cv-07249-RS
                                     Case No.  3:18-cv-02417-RS